UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE: ) | Case No. 09-36187 |
| ) | |
| DELAMORE ELIZABETH PLACE, L.P. ) | Chapter 11 |
| ) | |
| Debtor. ) | Judge Lawrence S. Walter |
| ) | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| German American Capital Corporation c/o Bayview Loan Servicing | LBUBS 2007-C2 Edwin Moses, LLC |
|---|---|
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 29 |
| | Amount of Claim: $50,315,852.50 *plus additional unliquidated amounts.* |
| Bayview Loan Servicing | Date Claim Filed: February 22, 2010 |
| 4425 Ponce De Leon Blvd. 5th floor | Phone: (305) 695-5365 |
| Coral Gables, Fl. 33146 | Last Four Digits of Acct. #: _____ |
| Attn: Zoraida Torriani/Cynthia Adams | |

Phone: 954-590-7623 - Cynthia Adams
Last Four Digits of Acct #: 8364

Name and Address where transferee payments
should be sent (if different from above):
*[same as above]*

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ Date: 9/3/2010
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

COLUMBUS/1550012 v.01